**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:
    RUNWAY LIQUIDATION
    HOLDINGS, LLC,

                          Debtor

Case No.: <u>17-10466</u> (SCC)

Chapter <u>11</u>

-------------------------------------------------------------x

RUNWAY LIQUIDATION, LLC,

                          Plaintiff

Adversary Proceeding No.: <u>19-01042</u> (SCC)

           v.

FCI GROUP, INC.,

                          Defendant

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, <u>Raymond H. Aver</u>, request admission, ***pro hac vice***, before the
Honorable <u>Shelley C. Chapman</u>, to represent <u>FCI Group, Inc.</u>, a
<u>Defendant</u> in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of
<u>California</u> and, if applicable, the bar of the U.S. District Court for the <u>Central</u>
District of <u>California</u>.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>5·28·19</u>
<u>Los Angeles</u>, California

*Mailing Address*:

<u>Law Offices of Raymond H. Aver, APC</u>
<u>10801 National Boulevard, Suite 100</u>
<u>Los Angeles, California 90064</u>
*E-mail address*: <u>ray@averlaw.com</u>
*Telephone number*: <u>(310) 571-3511</u>